UNITED STATES OF AMERICA

vs.

**RODNEY LYNN WILLIAMSON**

Cause No. CR-06-2116-EFS-9

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 27 2007

JAMES R. LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

**AGREEMENT FOR PRE-TRIAL DIVERSION**

It appearing that you are reported to have committed, on or about January 1, 2001, and continuing through on or about October 20, 2005, an offense against the United States in violation of 18 U.S.C. §§ 371 and 2, in that you unlawfully conspired and aided and abetted to commit certain other offenses against the United States, to-wit: Sale and Holding for Sale Counterfeit Drugs, in violation of 21 U.S.C. §§ 331 & 333, Trafficking in Counterfeit Goods, in violation of 18 U.S.C. § 2320, and Commercial Interstate Carrier Fraud, in violation of 18 U.S.C. § 1341. Upon accepting responsibility for your behavior and by your signature on this Agreement, it appearing, after an investigation of the offense and your background, that the interests of the United States and your own interest and the interests of justice will be served by the following procedure, therefore:

On the authority of the Attorney General of the United States, by James A. McDevitt, United States Attorney for the Eastern District of Washington, prosecution in this District for this offense shall be deferred for a period of 12 months from the date of the filing of this Agreement, provided you abide by the following conditions and the requirements of the Pre-Trial Diversion program set out below.

Should you violate any conditions of this supervision, the United States Attorney or his designee may revoke or modify any conditions of this Pre-Trial Diversion program or change the period of supervision for an additional period which shall in no case exceed 12 months from the original termination date of the diversion agreement. The United States Attorney may release you from supervision at any time. The United States Attorney may at any time within the period of your supervision reinitiate prosecution for this offense should you violate the conditions of this supervision and will furnish you with notice specifying the conditions of your program which you have violated. The decisions of the U.S. Attorney are made at his sole discretion and are not subject to challenge.

If, upon successful completion of the program and your period of supervision, a Pre-Trial Diversion report is received

Pre-Trial Diversion Agreement
Page - 1 -

Pre-Trial Diversion Agreement
Page - 2 -

to the effect that you have complied with all the rules, regulations and conditions above mentioned, the United States will move to dismiss, with prejudice, the charge for the above described offense.

Neither this Agreement nor any other document filed with the United States Attorney as a result of your participation in the Pre-Trial Diversion Program will be used against you, except for impeachment purposes, in connection with any prosecution for the above described offense.

### CONDITIONS OF PRE-TRIAL DIVERSION

1. You shall not violate any law (federal, state and local). You shall immediately contact your Pre-Trial Diversion supervisor if arrested and/or questioned by any law enforcement officer for any reason including, but not limited to, traffic infractions.

2. You shall be employed regularly at a lawful occupation. When out of work, you shall notify your diversion supervisor at once. You shall consult him/her prior to job changes. In the event you are self-employed, you shall permit your diversion supervisor and/or his /her designee to review all books, accounts, receipts, and/or tax records kept or maintained in connection with said self-employment.

3. You shall continue to live in this judicial district. If you desire to move out of the district, you shall obtain permission from your diversion supervisor so that the appropriate transfer of program responsibility can be made prior to your relocation.

4. You shall report to your diversion supervisor as directed and keep him/her informed of your whereabouts. Any failure to abide by the meeting or reporting requirements established by your diversion supervisor will be deemed to be an irrevocable violation of the instant Agreement.

5. You shall not receive into your possession any firearms. Any firearms that you currently own and/or possess shall be stored in a secure location and not be used, handled, or carried by you throughout the term of this agreement.

6. You shall strive to achieve the desired goals of the program.

Pre-Trial Diversion Agreement
Page - 2 -

Pre-Trial Diversion Agreement
Page - 3 -

    I, **RODNEY LYNN WILLIAMSON**, assert and certify that I am aware of the fact that the Sixth Amendment to the Constitution of the United States provides that in all criminal prosecutions the accused shall enjoy the right to a speedy and public trial.  I also am aware that Rule 48(b) of the Federal Rules of Criminal Procedure provides that the Court may dismiss an indictment, information, or complaint for unnecessary delay in presenting a charge to the Grand Jury, filing an information, or in bringing a defendant to trial.  I hereby request that the United States Attorney for the Eastern District of Washington defer any prosecution of me for violation of 18 U.S.C. §§ 371 and 2, as described herein, for a period of 12 months, and to induce him to defer such prosecution I agree and consent that any delay from the date of this Agreement to the date of the initiation of the prosecution, as provided for in the terms expressed herein, shall be deemed to be a necessary delay at my request and I waive any defense to such prosecution on the ground that such delay operated to deny my rights under Rule 48(b) of the Federal Rules of Criminal Procedure and the Sixth Amendment to the Constitution of the United States to a speedy trial or to bar the prosecution by reason of the running of the statute of limitations for the effective period of this Diversion Agreement.

    I hereby state that the above has been read by me and explained to me by my attorney.  I understand the conditions of my Pre-Trial Diversion and agree that I will comply with them.


_____          9/27/07
**RODNEY LYNN WILLIAMSON**                     DATE


_____          9/27/07
Jerry D. Talbott                               DATE
Attorney for Rodney Lynn Williamson


_____          9/26/07
SHAWN N. ANDERSON                              DATE
Assistant United States Attorney


Pre-Trial Diversion Agreement
Page - 3 -

_____  _____9/27/07_____
U.S. PROBATION OFFICER                    DATE

APPROVED without passing judgment on the merits or wisdom of this diversion.

_____  _____9/27/07_____
HONORABLE EDWARD F. SHEA                  DATE
United States District Court Judge