UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>RODNEY LYNN WILLIAMSON<br><br>                    Defendant. | NO. CR-06-2116-EFS-9<br><br>**ORDER GRANTING THE GOVERNMENT'S MOTION FOR ORDER DISMISSING INDICTMENT** |

Before the Court is the Government's Motion for Order Dismissing Indictment. (Ct. Rec. 843.)  Leave of Court is given to dismiss the Second Superseding Indictment (Ct. Rec. 360); the Court, however, makes no judgment as to the merit or wisdom of this dismissal.

Accordingly, **IT IS HEREBY ORDERED**:

1.   The Government's Motion for Order Dismissing Indictment **(Ct. Rec. 843)** is **GRANTED**.

2.   The Second Superseding Indictment **(Ct. Rec. 360)** shall be **DISMISSED WITH PREJUDICE** against this Defendant.

3.   All pending motions are **DENIED AS MOOT**.

4.   All hearing and trial dates are **STRICKEN**.

ORDER ~ 1

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and furnish copies to counsel and the United States Probation Office.

**DATED** this ___11th___ day of April 2008.

                     S/ Edward F. Shea
                     EDWARD F. SHEA
                 United States District Judge

Q:\Criminal\2006\2116.Indict.Dismiss.2.wpd